ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
SUSAN F. LaMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
MATTHEW G. MEYERHOFER (Cal. Bar No. 268559)
  meyerhoferm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 20-CV-8238-JLW |
| Plaintiff, | |
| vs. | STIPULATION EXTENDING BENJA INCORPORATED'S TIME TO RESPOND TO COMPLAINT |
| BENJA INCORPORATED and ANDREW J. CHAPIN, | |
| Defendants. | |

<u>STIPULATION</u>

The Plaintiff Securities and Exchange Commission ("SEC") and the Defendant Benja Incorporated hereby Stipulate and agree as follows:

WHEREAS, the SEC filed its complaint in this case on November 23, 2020 (see ECF No. 1);

WHEREAS, on December 15, 2020, Benja Incorporated's Waiver of Service was filed (see ECF No. 9), which permitted Benja Incorporated to respond to the complaint in 60 days;

WHEREAS, Benja Incorporated is in bankruptcy proceedings, and a trustee has been appointed over it;

WHEREAS, the SEC and Benja Incorporated have conferred regarding the desire to limit the costs incurred by the defendant in this case, and to permit the trustee time to assess the SEC's claims;

NOW, THEREFORE, the SEC and Benja Incorporated stipulate to allow Benja Incorporated an additional 120 days to respond to the complaint in this matter.

STIPULATED AND AGREED TO BY:

DATED: February 22, 2021

/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: February 22, 2021

/s/ Stephen D. Finestone
Stephen D. Finestone
Finestone Hayes LLP
Attorney for Kyle Everett as Chapter 7 Trustee for Benja Incorporated