RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendants
Benja Incorporated
Andrew J. Chapin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

–ooo–

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **Case No. 20-CV-8238-JLW** |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| BENJA INCORPORATED and ANDREW J. CHAPIN, | |
| Defendants. / | |

Randy Sue Pollock, on behalf of Andrew J. Chapin and Benja Incorporated, hereby

enters her general appearance, in this case.

Date: February 24, 2021                Respectfully submitted,


                                        /s/
                                        RANDY SUE POLLOCK
                                        Counsel for Benja Incorporated
                                        Counsel for Andrew J. Chapin