RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendants
Andrew J. Chapin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

—ooo—

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 20-CV-8238-JLW |
| Plaintiff, | |
| vs. | **AMENDED NOTICE OF APPEARANCE** |
| BENJA INCORPORATED and ANDREW J. CHAPIN, | |
| Defendants. | |

Randy Sue Pollock, on behalf of Andrew J. Chapin, hereby enters her general appearance, in this case.

Date: February 24, 2021                    Respectfully submitted,


                                           /s/
                                           RANDY SUE POLLOCK
                                           Counsel for Andrew J. Chapin