Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
Email: sfinestone@fhlawllp.com

Counsel for Benja Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>BENJA INCORPORATED and ANDREW J. CHAPIN,<br><br>    Defendants. | Case No. 20-CV-8238-JLW<br><br>**NOTICE OF APPEARANCE** |

   Stephen D. Finestone of Finestone Hayes LLP hereby makes a general appearance on behalf Kyle Everett as Chapter 7 Trustee for the bankruptcy estate of Benja Incorporated.

FINESTONE HAYES LLP

DATED: February 22, 2021

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorney for Kyle Everett as Chapter 7 Trustee
for Benja Incorporated