UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BENJA INCORPORATED,<br><br>Defendant. | Case No. 20-cv-08238-JSW<br><br>**ORDER TO SHOW CAUSE** |

The Court entered a Scheduling Order on March 1, 2021 ordering the parties to file a stipulation and proposed order proposing dispositive motion and pretrial and trial deadlines upon the conclusion of the trial in Defendant Andrew Chapin's criminal case. (Dkt. No. 17.) The Court entered Judgment as to Mr. Chapin in April 2022. It is the Court's understanding that Mr. Chapin's criminal case terminated prior to final judgment against Mr. Chapin in this matter. There has been no further action in this case.

Accordingly, by no later than February 20, 2024, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure to timely respond to this Order will result in dismissal of this action without further notice. The Court also advises Plaintiff that filing a dismissal will not discharge this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: February 5, 2024

_____
JEFFREY S. WHITE
United States District Judge