UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BENJA INCORPORATED,<br><br>  Defendant. | Case No. 20-cv-08238-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING STATUS REPORT IN 90 DAYS**<br><br>Re: Dkt. Nos. 24, 25 |

The Court has received and considered the SEC's response to the Court's Order to Show Cause ("OSC") and DISCHARGES the OSC without imposing sanctions.

Per the SEC's OSC response, the SEC shall submit a status report by May 13, 2024 regarding the status of the bankruptcy case and the SEC's further steps, if any, against Benja.

IT IS SO ORDERED.

Dated: February 21, 2024

_____
JEFFREY S. WHITE
United States District Judge