UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJA INCORPORATED,<br><br>    Defendant. | Case No. 20-cv-08238-JSW<br><br>**ORDER OF DISMISSAL** |

Plaintiff Securities and Exchange Commission withdrew its claims against Defendant Benja Incorporated. (Dkt. No. 27.) The Court previously entered final judgment as to individual Defendant Andrew Chapin. (Dkt. No. 23.) Because no claims or defendants remain, the Court HEREBY DISMISSES the action. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 14, 2024

_____
JEFFREY S. WHITE
United States District Judge